IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:21-CT-3256-M

JAMES REEVES,

v.

GABRIEL DAVIS,

        Defendant.

ORDER

This matter is before the court on plaintiff's counsel Daixi Xu's ("Xu"), motion to withdraw from representation [D.E. 75] and plaintiff's motion to appoint counsel [D.E. 76]. For good cause shown, the motion to withdraw [D.E. 75] is GRANTED, and plaintiff's counsel Xu is hereby withdrawn as counsel of record for plaintiff. Plaintiff's motion to appoint counsel [D.E. 76] is DENIED AS MOOT where plaintiff has retained counsel.

SO ORDERED, this the 13th day of November, 2024.

RICHARD E. MYERS, II
Chief United States District Judge